**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**v.**          **CASE NO. 4:11CR00180-01 BSM**
                **CASE NO. 4:05CR00049-01 BSM**

**JEROME DWIGHT DALE**                                              **DEFENDANT**

## ADDENDUM

At the hearing regarding revocation of defendant Jerome Dale's supervised release held on October 19, 2012, Dale pleaded true to violating the general condition of his supervised release that he not commit another federal, state, or local crime. The government agreed to dismiss all other violations alleged in its motion to revoke [Doc. No. 3] and supplemental motion to revoke [Doc. No. 9].

Dated this 22nd day of October 2012.

_____
UNITED STATES DISTRICT JUDGE